UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAN RIVERA,<br><br>        Plaintiff,<br><br>    v.<br><br>NEFTAIL CANDELARIO RIVERA dba NR CONSTRUCTION,<br><br>        Defendant. | Case No.: C 10-1345 PVT<br><br>**ORDER** S<small>ETTING</small> D<small>EADLINE FOR</small> P<small>LAINTIFF TO</small> F<small>ILE</small> M<small>OTION FOR</small> E<small>NTRY</small> <small>OF</small> D<small>EFAULT</small> J<small>UDGMENT AND</small> S<small>CHEDULING</small> S<small>TATUS</small> C<small>ONFERENCE</small> |

    On June 21, 2010, Plaintiff filed a request for entry of default. Default was entered on June 30, 2010. Based on the file herein,

    IT IS HEREBY ORDERED that Plaintiff shall file his motion for default judgment no later than November 30, 2010.

    IT IS FURTHER ORDERED that this matter is set for a status conference on February 15, 2011. Plaintiff shall file a status conference statement no later than February 8, 2011.

Dated: *10/28/10*

                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge