UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAN RIVERA, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>NEFTAIL CANDELARIO RIVERA,<br><br>                Defendant. | Case No.: C 10-01345 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

      On February 15, 2011, Plaintiffs filed a motion for default judgement. As this case has been assigned to a magistrate judge, each party must either file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge. *See* 28 U.S.C. § 636(c). None of the parties has either consented or requested reassignment. Therefore,

      IT IS HEREBY ORDERED that no later than March 28, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: March 23, 2011

                                                                         */s/ Paul S. Grewal*<br>
                                                                       PAUL S. GREWAL<br>
                                                                       United States Magistrate Judge