UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAN RIVERA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEFTAIL CANDELARIO RIVERA, <br><br> Defendant. | Case No.: C 10-01345 PSG <br><br> **ORDER THAT CASE BE REASSIGNED** |

On February 15, 2011, Plaintiffs filed a motion for default judgement. As this case has been assigned to a magistrate judge, each party must either file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge.[1] On March 23, 2011, the court ordered the parties to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."

Plaintiffs consented on March 28, 2011. Defendant has neither consented nor declined to proceed before a magistrate judge. As Plaintiffs have moved for final order against a party who has not consented to the jurisdiction of a magistrate judge,

---

[1] *See* 28 U.S.C. § 636(c).

1 | IT IS HEREBY ORDERED that the case be reassigned to a district judge.
2 | Dated: March 29, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge